FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

2013 SEP -4 A 10: 01

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

| DONALD A. HARLEY, | **DISMISSAL ORDER** |
| Plaintiff, | **& MEMORANDUM DECISION** |
| v. | Case No. 2:13-CV-213 DS |
| LT. D. SPARKS et al., | District Judge David Sam |
| Defendants. | |

Plaintiff, inmate Donald A. Harley, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2013), proceeding *in forma pauperis*, *see* 28 *id.* 1915. Reviewing the Complaint under § 1915(e), in an order dated June 20, 2013, the Court determined Plaintiff's Complaint was deficient. The Court then gave Plaintiff directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with blank-form civil rights complaint, and ordered him to cure deficiencies within thirty days. Plaintiff has not responded.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint is **DISMISSED** for failure to state a claim under § 1915(e)(2)(B)(ii), failure to follow Court orders, and failure to prosecute. This case is **CLOSED**.

DATED this \_\_\_ day of September, 2013.

BY THE COURT:

_____
JUDGE DAVID SAM
United States District Court