FILED
U.S. DISTRICT COURT
2013 SEP -4 A 10: 01
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DONALD A. HARLEY,<br><br>    Plaintiff,<br><br>v.<br><br>LT. D. SPARKS et al.,<br><br>    Defendants. | **DISMISSAL ORDER<br>& MEMORANDUM DECISION**<br><br>Case No. 2:13-CV-213 DS<br><br>District Judge David Sam |

Plaintiff, inmate Donald A. Harley, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2013), proceeding *in forma pauperis*, *see* 28 *id.* 1915. Reviewing the Complaint under § 1915(e), in an order dated June 20, 2013, the Court determined Plaintiff's Complaint was deficient. The Court then gave Plaintiff directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with blank-form civil rights complaint, and ordered him to cure deficiencies within thirty days. Plaintiff has not responded.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint is **DISMISSED** for failure to state a claim under § 1915(e)(2)(B)(ii), failure to follow Court orders, and failure to prosecute. This case is **CLOSED**.

DATED this _3rd_ day of September, 2013.

BY THE COURT:

_____
JUDGE DAVID SAM
United States District Court